IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEON PAUL KAVIS, JR.,<br><br>Defendant. | CR 20–53–M–DLC<br><br><br><br>ORDER |

Before the Court is the government's Unopposed Motion for Final Order of Forfeiture. (Doc. 55.) After reviewing the motion and supporting brief (Docs. 55, 56), the Court enters the following FINDINGS:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 881, 18 U.S.C. § 924(d), and 21 U.S.C. § 853(p).

2. A Preliminary Order of Forfeiture was entered on April 19, 2021. (Doc. 35.)

3. The government provided all known interested parties an opportunity to respond, and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 41.)

1

4.     As it relates to Defendant Leon Paul Kavis, Jr.'s interest in the property at issue, the Court ordered final forfeiture at the time of sentencing. (Doc. 52.)

5.     Cause appears to issue a forfeiture order pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 881, 18 U.S.C. § 924(d), and 21 U.S.C. § 853(p).

Accordingly, IT IS ORDERED:

1.     The motion for final order of forfeiture as it relates to all known interested parties (Doc. 55) is GRANTED.

2.     Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 881, 18 U.S.C. § 924(d), and 21 U.S.C. § 853(p), free from the claims of any other party, the following property:

- $3,500 – US Currency
- $10,080 – US Currency
- $330 – US Currency
- $10– US Currency
- Smith and Wesson M&P 9 Shield, 9mm pistol, SN LFB2802
- Taurus PT III G2, 9mm pistol, SN TJP13742
- Valkyrie .224 Palmetto Armory Rifle, SN 0618 16-20207, with Vortex scope
- Smith and Wesson M2.0 9mm Pistol, SN NED1613
- Glock 30, .45 Cal. pistol, SN CKD513
- German Sportgun Pistol GSG 1911, .22LR Caliber pistol, SN A744527, with holster
- Smith and Wesson M&P 9 Shield, 9mm pistol, SN HYY1359
- Springfield Armory XDS .45 caliber Pistol, SN S3115039
- Springfield Armory XD 45 caliber Pistol, SN XS587852

- Assorted ammunition and magazines

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 3rd day of August, 2021.

_____
Dana L. Christensen, District Judge
United States District Court